**Debtor name: RAYMOND J CERVENY**    **BK Filing Date: 7/19/2013**    **First PP PmtDueDate/Amt: 8/1/2013 / $2442.36**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | 8/6/2013 | $2,500.00 | | | $2,500.00 |
| | 8/1/2013 | $2,442.36 | | | 8/7/2013 | $2,442.36 | $57.64 |
| | | | 9/16/2013 | $2,500.00 | | | $2,557.64 |
| | 9/1/2013 | $2,442.36 | | | 9/17/2013 | $2,442.36 | $115.28 |
| | | | 11/18/2013 | $2,800.00 | | | $2,915.28 |
| | 10/1/2013 | $2,442.36 | | | 11/19/2013 | $2,442.36 | $472.92 |
| | | | 12/17/2013 | $1,969.44 | | | $2,442.36 |
| | 11/1/2013 | $2,442.36 | | | 12/23/2013 | $2,442.36 | $0.00 |
| | | | 1/30/2014 | $2,442.36 | | | $2,442.36 |
| | 12/1/2013 | $2,442.36 | | | 2/3/2014 | $2,442.36 | $0.00 |
| | | | 3/11/2014 | $4,884.72 | | | $4,884.72 |
| | 1/1/2014 | $2,442.36 | | | 3/13/2014 | $2,442.36 | $0.00 |
| | 2/1/2014 | $2,442.36 | | | 3/13/2014 | $2,442.36 | $0.00 |
| | | | 3/25/2014 | $2,442.36 | | | $2,442.36 |
| | 3/1/2014 | $2,442.36 | | | 3/26/2014 | $2,442.36 | $0.00 |
| | | | 10/6/2014 | $2,047.33 | | | $2,047.33 |
| | | | 11/21/2014 | $2,047.33 | | | $4,094.66 |
| | 4/1/2014 | $2,442.36 | | | 11/24/2014 | $2,442.36 | $1,652.30 |
| | | | 12/18/2014 | $2,047.33 | | | $3,699.63 |
| | 5/1/2014 | $2,442.36 | | | 12/22/2014 | $2,442.36 | $1,257.27 |
| | 6/1/2014 | $2,442.36 | | | 1/14/2015 | $2,442.36 | ($1,185.09) |
| | | | 1/30/2015 | $2,047.33 | | | $862.24 |
| | | | 3/2/2015 | $2,047.33 | | | $2,909.57 |
| | | | 4/1/2015 | $2,047.33 | | | $4,956.90 |
| | | | | | 4/23/2015 | ($15,388.28) | $4,956.90 |
| | | | 4/24/2015 | $3,647.83 | | | $8,604.73 |
| | | | 4/24/2015 | ($3,647.83) | 4/24/2015 | ($3,647.83) | $8,604.73 |
| | | | | | 4/27/2015 | $4,193.86 | $4,410.87 |
| | | | 5/8/2015 | $2,017.83 | | | $6,428.70 |
| | | | | | | | $6,428.70 |
| | 3/1/2015 | $2,017.83 | | | 6/3/2015 | $2,017.83 | $4,410.87 |
| | 4/1/2015 | $2,017.83 | | | 6/3/2015 | $2,017.83 | $2,393.04 |
| | 5/1/2015 | $2,017.83 | | | 6/3/2015 | $2,017.83 | $375.21 |
| | | | 6/9/2015 | $192.23 | | | $567.44 |
| | 6/1/2015 | $2,017.83 | | | 6/18/2015 | $2,017.83 | ($1,450.39) |

**Case Number: 1328890**    **Page 1 of 3**

**Debtor name:  RAYMOND J CERVENY**  **BK Filing Date:  7/19/2013**  **First PP PmtDueDate/Amt:  8/1/2013 / $2442.36**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 7/1/2015 | $2,017.83 | 7/10/2015 | $2,017.83 | 7/10/2015 | $2,017.83 | ($1,450.39) |
| | | | 7/20/2015 | $1,016.53 | | | ($433.86) |
| | | | 7/21/2015 | ($1,016.53) | | | ($1,450.39) |
| | | | 7/22/2015 | ($1,016.53) | | | ($2,466.92) |
| | 8/1/2015 | $2,058.16 | 8/7/2015 | $1,777.43 | 8/7/2015 | $2,058.16 | ($2,747.65) |
| | | | 9/8/2015 | $2,017.83 | | | ($729.82) |
| | | | 10/13/2015 | $1,940.09 | | | $1,210.27 |
| | 9/1/2015 | $1,978.96 | | | 10/14/2015 | $1,978.96 | ($768.69) |
| | | | 11/12/2015 | $1,978.96 | | | $1,210.27 |
| | 10/1/2015 | $1,978.96 | | | 11/13/2015 | $1,978.96 | ($768.69) |
| | | | 12/15/2015 | $1,978.96 | | | $1,210.27 |
| | 11/1/2015 | $1,978.96 | | | 12/16/2015 | $1,978.96 | ($768.69) |
| | | | 1/15/2016 | $1,993.04 | | | $1,224.35 |
| | 12/1/2015 | $1,973.04 | | | 1/20/2016 | $1,973.04 | ($748.69) |
| | | | 2/24/2016 | $4,146.06 | | | $3,397.37 |
| | | | 2/25/2016 | $2,747.65 | | | $6,145.02 |
| | 1/1/2016 | $1,973.04 | | | 2/25/2016 | $1,973.04 | $225.90 |
| | 2/1/2016 | $1,973.04 | | | 2/25/2016 | $1,973.04 | $225.90 |
| | 3/1/2016 | $1,973.04 | | | 2/25/2016 | $1,973.04 | $225.90 |
| | | | 5/10/2016 | $3,946.08 | | | $4,171.98 |
| | 4/1/2016 | $1,973.04 | | | 5/11/2016 | $1,973.04 | $2,198.94 |
| | 5/1/2016 | $1,973.04 | | | 5/12/2016 | $1,973.04 | $225.90 |
| | 6/1/2016 | $1,973.04 | 6/23/2016 | $1,975.00 | 6/23/2016 | $1,973.04 | $227.86 |
| | 7/1/2016 | $1,973.04 | 8/1/2016 | $1,973.04 | 8/1/2016 | $1,973.04 | $227.86 |
| | 8/1/2016 | $1,973.04 | 8/24/2016 | $1,973.04 | 8/24/2016 | $1,973.04 | $227.86 |
| | 9/1/2016 | $1,973.04 | 9/27/2016 | $1,973.04 | 9/27/2016 | $1,973.04 | $227.86 |
| | | | 11/10/2016 | $1,973.04 | | | $2,200.90 |
| | 10/1/2016 | $1,973.04 | | | 11/14/2016 | $1,973.04 | $227.86 |
| | | | 12/13/2016 | $3,828.82 | | | $4,056.68 |
| | 11/1/2016 | $1,914.41 | | | 12/14/2016 | $1,914.41 | $2,142.27 |
| | 12/1/2016 | $1,914.41 | | | 12/14/2016 | $1,914.41 | $227.86 |
| | | | 1/31/2017 | $1,914.41 | | | $2,142.27 |
| | 1/1/2017 | $1,914.41 | | | 2/1/2017 | $1,914.41 | $227.86 |
| | | | 3/20/2017 | $1,914.41 | | | $2,142.27 |
| | 2/1/2017 | $1,914.41 | | | 3/21/2017 | $1,914.41 | $227.86 |
| | | | 4/7/2017 | $1,914.41 | | | $2,142.27 |

**Debtor name: RAYMOND J CERVENY**   **Bk Filing Date: 7/19/2013**   **First PP PmtDueDate/Amt: 8/1/2013 / $2442.36**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 3/1/2017 | $1,914.41 | | | 4/10/2017 | $1,914.41 | $227.86 |
| | | | 5/31/2017 | $1,917.78 | | | $2,145.64 |
| | 4/1/2017 | $1,914.41 | | | 6/1/2017 | $1,914.41 | $231.23 |
| | | | 6/23/2017 | $1,914.41 | | | $2,145.64 |
| | 5/1/2017 | $1,914.41 | | | 6/26/2017 | $1,914.41 | $231.23 |
| | | | 7/19/2017 | $3,604.33 | | | $3,835.56 |
| | 6/1/2017 | $1,917.78 | | | 7/20/2017 | $1,917.78 | $1,917.78 |
| | 7/1/2017 | $1,917.78 | | | 7/20/2017 | $1,917.78 | $0.00 |
| | 8/1/2017 | $1,917.78 | 8/15/2017 | $1,917.78 | 8/15/2017 | $1,917.78 | $0.00 |
| | 9/1/2017 | $1,917.78 | 9/15/2017 | $1,917.78 | 9/15/2017 | $1,917.78 | $0.00 |
| | 10/1/2017 | $1,917.78 | 10/13/2017 | $1,917.78 | 10/13/2017 | $1,917.78 | $0.00 |
| | 11/1/2017 | $1,917.78 | 11/15/2017 | $1,917.78 | 11/15/2017 | $1,917.78 | $0.00 |
| | 12/1/2017 | $1,922.21 | 1/10/2018 | $1,922.21 | 1/10/2018 | $1,922.21 | $0.00 |
| | | | 2/27/2018 | $1,922.21 | | | $1,922.21 |
| | 1/1/2018 | $1,922.21 | | | 2/28/2018 | $1,922.21 | $0.00 |
| | 2/1/2018 | $1,922.21 | 3/16/2018 | $1,922.21 | 3/16/2018 | $1,922.21 | $0.00 |
| | | | 4/9/2018 | $1,922.99 | | | $1,922.99 |
| | 3/1/2018 | $1,922.21 | | | 4/10/2018 | $1,922.21 | $0.78 |
| | 4/1/2018 | $1,922.21 | 4/24/2018 | $1,922.21 | 4/24/2018 | $1,922.21 | $0.78 |
| | | | 6/15/2018 | $1,923.00 | | | $1,923.78 |
| | 5/1/2018 | $1,922.21 | | | 6/18/2018 | $1,922.21 | $1.57 |
| | | | 7/9/2018 | $1,923.00 | | | $1,924.57 |
| | 6/1/2018 | $1,922.21 | | | 7/10/2018 | $1,922.21 | $2.36 |
| | | | 8/6/2018 | $1,923.00 | | | $1,925.36 |
| | 7/1/2018 | $1,922.21 | | | 8/7/2018 | $1,922.21 | $3.15 |
| | 8/1/2018 | $1,922.21 | | | | | |
| Totals | | $108,861.03 | | $107,488.00 | | $92,096.57 | |

**Case Number: 1328890**   **Page 3 of 3**